UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 22-11012-AIH
 )
DOERNER SR., ALLAN C. ) Chapter 7
 )
        Debtor(s). ) Judge: Harris
 )

MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: May 16, 2022     Time: 9:00 AM

Debtor(s)' Attorney: CHARLES J. VAN NESS

Examination Conducted by:
  Interim Trustee: Trustee Virgil E. Brown, Jr. (xx )
  Elected Trustee: _____ ( )   Disputed? ( )
  Other: _____ ( )

Results of Meeting:

| | |
|---|---|
| Held ( xx ) | Not Held ( ) |
| Concluded ( xx ) | Debtor Failed to Appear ( ) |
| Continued ( ) | Attorney Failed to Appear ( ) |
|   Date: _____ | Rescheduled: yes ( ) no ( ) |
|   Time: _____ | At §341 ( ) Prior to §341 ( ) |

Date: _____
Address: Changed to: Time: _____
_____
_____ Motion to Dismiss to Follow ( )
Address Correct ( xx ) Other: See Comments: ( )
                                    707(b) Review:
Case Determined to be:    Asset ( )    No Action Required ( xx )
                             No-asset ( )    Recommend UST Action ( )
                             Undetermined ( xx )    (see below/letter to follow)

Creditors Present:
  Creditor            Representative            Address & Phone

_____
_____
_____

Comments:
_____
_____

/s/ Trustee Virgil E. Brown, Jr.
Panel Trustee